IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHELE WHITING, *individually and on behalf of all others similarly situated*, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 2:23-cv-04169-MDH |
| LIBERTY INSURANCE CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 42) wherein the parties stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of this case without prejudice.

WHEREFORE, after review of the case, the Court **ORDERS** that this matter is dismissed in its entirety, without prejudice.

**IT IS SO ORDERED.**

DATED: December 3, 2024

                                     */s/ Douglas Harpool*
                                     **DOUGLAS HARPOOL**
                                     **UNITED STATES DISTRICT JUDGE**